**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHRISTINA HALL** **PLAINTIFF**

**v.** **Case No. 2:26-cv-00140-LPR**

**FIRE INSURANCE EXCHANGE** **DEFENDANT**

# JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE